UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 AUG 28 P 12:01

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          Plaintiff  )<br>              )<br>  vs.          )<br>              )<br>  Jesus Camarillo, et al.  )<br>              )<br>          Defendant(s) )<br>_____) | CRIMINAL NO. 08 CR 2907 - LAB<br>                08 MJ 2516<br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge, **RUBEN B. BROOKS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court).

Mat. Wit: Erika Lizbeth Vasquez - Guillen

DATED: Aug. 28, 2008

**RUBEN B. BROOKS**

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
  by
    Deputy Clerk  B. Borja