UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) ) | CRIMINAL NO. 08CR2907 LAB<br>08MJ2516<br>ORDER |
| vs. | ) ) | RELEASING MATERIAL WITNESS |
| Jesus Camarillo, et al. | ) ) | Booking No. |
| Defendant(s) | ) ) | |

On order of the United States ~~District~~/Magistrate Judge,   **RUBEN B. BROOKS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / **Order of Court**).

Mat. Wit: Maria Del Carmen Cruz-Martinez

DATED: Aug 28, 2008

RUBEN B. BROOKS
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by
Deputy Clerk   B. Borzi

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082